IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUCY SALMERON<br><br>    Plaintiff<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AND FRANKLIN CREDIT MANAGEMENT CORPORATION<br><br>    Defendants | CASE NO.: 4:19-cv-03407 |

## DEFENDANTS' NOTICE OF SERVICE OF DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)

Defendant Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1 and Defendant Franklin Credit Management Corporation (collectively referred to as "Defendants") hereby notifies the Court that its disclosure required by Fed. R. Civ. P. 26(a)(1) and (a)(2) (initial disclosure and expert disclosure) has taken place as it has been served on Plaintiff's counsel of record.

                                          Respectfully submitted,

Dated:  February 25, 2020          By:  */s/ Max M. Murphy*
                                                 Ryan J Browne
                                                 Texas Bar No. 00796262
                                                 Max Murphy
                                                 Texas Bar No. 24098159
                                                 **ANGEL L. REYES & ASSOCIATES, P.C.**
                                                 8222 Douglas Avenue, Suite 400
                                                 Dallas, Texas 75225
                                                 Phone: (214) 526-7900
                                                 Fax: (214) 526-7910
                                                 ryan@reyeslaw.com
                                                 max@reyeslaw.com

                               **ATTORNEYS FOR DEFENDANTS**
                               **DEUTSCHE BANK NATIONAL TRUST**
                               **COMPANY, AS CERTIFICATE TRUSTEE**
                               **ON BEHALF OF BOSCO CREDIT II TRUST**
                               **SERIES 2010-1 AND FRANKLIN CREDIT**
                               **MANAGEMENT CORPORATION**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules.  As such, the foregoing was served on all counsel of record who have consented to electronic service on February 25, 2020.

                                          _/s/ Max M. Murphy_____
                                          Max M. Murphy